Jeff SPEED v. STATE. (No. 12030.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is the possession of equipment for manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Ruff SPEED v. STATE. (No. 12031.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession of equipment for manufacturing intoxicating liquor; penalty, one year. The record is without bills of exception or statement of facts and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Jim TURNER v. STATE. (No. 12220.) Court of Criminal Appeals of Texas. Oct. 17, 1928.

R. M. Gardner, of Amarillo, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquors; punishment, one year in the penitentiary. We find in the record neither bills of exception nor statement of facts. Nothing being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Lewis WASICCK v. STATE. (No. 12148.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

Jno. D. McCall, of Beaumont, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, forgery; penalty, two years. The record is without any bills of exception or statement of facts and presents nothing for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Bob WHITFIELD v. STATE. (No. 12121.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful transportation of intoxicating liquors; penalty, one year in the penitentiary. The record is without bills of exception or statement of facts and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Jesse WILLIAMS v. STATE. (No. 12227.) Court of Criminal Appeals of Texas. Oct. 17, 1928.

Clay Cotten, of Palestine, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is unlawfully manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Raymond WILLIAMS v. STATE. (No. 12053.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.